# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Harvey Dupey, Matthew Boswell, Michael Flavin, Bradley Deschampe, | Civil No. 12-1075 (RHK/TNL) |
| Plaintiffs, | **ORDER** |
| v. | |
| MCF-Stillwater, | |
| Defendant. | |

Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated June 21, 2012 (Doc. No. 6), and upon all the files, records, and proceedings herein, and no objections to said Recommendation having been filed, **IT IS ORDERED**:

1. The Report and Recommendation (Doc. No. 6) is **ADOPTED**;

2. Plaintiffs' pending applications for leave to proceed in forma pauperis (Doc. Nos. 2, 3 and 5) are **DENIED**; and

3. This action is **DISMISSED WITHOUT PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: July 24, 2012

                                          s/Richard H. Kyle
                                          RICHARD H. KYLE
                                          United States District Judge